**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION**

| | | |
|---|---|---|
| **LOUIS GREGGS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.** |
| | § | **2:22-CV-00397-WSS** |
| **GRAVITY OILFIELD SERVICES, LLC,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

**JOINT STATUS REPORT REGARDING MEDIATION**

COMES NOW, Gravity Oilfield Services, LLC ("Gravity") and Plaintiff Louis Greggs, Jr. ("Greggs") (collectively, "the Parties") and file this Joint Status Report Regarding Mediation:

On April 26, 2022, this Court appointed James B. Brown as the mediator in this case and instructed the Parties to complete mediation by June 12, 2022. *See* ECF No. 18. Upon receipt of this order, the Parties contacted Mr. Brown and discovered that he had retired from conducting mediations and would be unavailable to serve in that capacity.

The Parties conferred on the matter and agreed to complete mediation before Mark Hamilton by June 12, 2022, in compliance with the Court's order(s). The Parties conducted their mediation with Mr. Hamilton on June 8, 2022, and an ADR Report is forthcoming.

Respectfully submitted,

_/s/ Taylor J. Winn_

Russell D. Cawyer
State Bar No. 00793482
Taylor J. Winn
State Bar No. 24115960
**KELLY HART & HALLMAN LLP**
201 Main Street, Suite 2500
Fort Worth, Texas 76102
(817) 332-2500  (Telephone)
(817) 335-2820  (Facsimile)
russell.cawyer@kellyhart.com
taylor.winn@kellyhart.com

Stephen L. Korbel, Esq.
Pa. I.D. No. 89484
James D. Mazzocco, Esq.
Pa. Id No. 318410
Two Gateway Center, 6th Floor
603 Stanwix Street
Pittsburgh, Pa 15222
(412) 394-6695 - Telephone
(412) 394-6576 - Fax
skorbel@babstcalland.com
jmazzocco@babstcalland.com

**ATTORNEYS FOR DEFENDANT**

_/s/ Lanre Kukoyi_

Lanre Kukoyi
PA I.D. # 315955
Kukoyi Law Firm, LLC
510 Washington Ave,
Carnegie, PA 15106
Voice (412) 200-2440
Facsimile (412) 502-5105
kukoyi@kukoyilaw.com

**ATTORNEY FOR PLAINTIFF**